WR-77,853-02

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

APR 16 2015

77,853-02

4-13-15

Abel Acosta, Clerk

Abel Acosta, Clerk

I received a white card from this court informing me the Court had received my writ of Habeas Corpus from the trial court No. W00-00199-U(A) back on January 15, 2014. I was wondering could you send me a copy of the docket sheet so I could review the status of my case

Thank you
Aaron Reed

AAron Reed #1009528
French Robertson
Abilene, TX 79601
WR-77,853-02